United States District Court
District of Massachusetts

```
                                    )
Christofer Tineo Santana,           )
                                    )
            Petitioner,             )
                                    )
      v.                            )     Civil Action No.
                                    )     26-13131-NMG
David Wesling, et al.,              )
                                    )
            Respondents.            )
                                    )
```

## ORDER

**GORTON, J.**

Having reviewed the pending petition for writ of habeas corpus and the response thereto (Docket Nos. 1 and 5), the Court directs the government to submit a response, no later than Thursday, July 16, 2026 at 5:00 P.M., to petitioner's assertion that an arrest warrant was never issued.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: July 14, 2026

-1-